UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN WOOD, | § | |
| *Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION H-05-3106 |
| AETNA LIFE INSURANCE COMPANY, | § § § | |
| *Defendant.* | § § | |

**Agreed Final Judgment**

The Plaintiff's Stipulation of Dismissal (Dkt. 19) is GRANTED. All claims and causes of action asserted by Plaintiff John Wood against Defendant Aetna Life Insurance Company are DISMISSED with prejudice. All attorneys' fees and costs of court incurred by these parties are to be borne by the party incurring same.

Signed at Houston, Texas on September 19, 2006.

_____
Gray H. Miller
United States District Judge